**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1869**

CHRISTOPHER MADDOX MOSSBURG,

             Plaintiff – Appellant,

      v.

THE STATE OF MARYLAND,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:15-cv-01633-RWT)

Submitted:  January 4, 2017      Decided:  February 17, 2017

Before TRAXLER, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Maddox Mossburg, Appellant Pro Se. Michele J.
McDonald, Alexis Burrell Rohde, Assistant Attorneys General,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Maddox Mossburg appeals the district court's order dismissing his complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Mossburg v. Maryland, No. 8:15-cv-01633-RWT (D. Md. June 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED